# Elwyn L. Cady, Plaintiff-Appellant, v. Hartford Fire Insurance Co., a Corporation, Defendant-Appellee.

## Gen. No. 48,740. ■■■■■■■■■■■■

First District, Third Division.

January 30, 1963.

Elwyn L. Cady, Jr., of Kansas City, Missouri, and Anthony A. Di Grazia, of Chicago, for appellant; Frank Glazer, of Chicago, for appellee. Opinion by MR. JUSTICE McCORMICK. **Not to be published in full.**